# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00496-CV

**David Rogers, Scott Johnson, Lee Hill, and The City of Pflugerville, Texas, Appellants**

**v.**

**Travis County Emergency Services District No. 17, and Commissioners Mike Howe, Mitchell Jones and Vicky Linsalata, In Their Official Capacities Only, Appellees**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003845, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

David Rogers, Scott Johnson, Lee Hill, and the City of Pflugerville have filed Appellants' Unopposed Motion to Dismiss Appeal asserting that they no longer wish to pursue this appeal and that the parties will not be prejudiced by the dismissal. Appellants' attorney certified that conference with Appellees' counsel revealed that Appellees are unopposed to the motion.

We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: October 5, 2023